**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X

  YOLANDA VAZQUEZ,

                Plaintiff,

        -against-                             20 **CIVIL** 10809 (AT)(OTW)

                                          **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,      **For Attorney's Fees and Costs**

                Defendant.
------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated July 15, 2024, the Court ADOPTS Judge Wang's R&R in its entirety.  Plaintiff's motion for attorney's fees under 42 U.S.C. § 406(b) is GRANTED and that the SSA approve a payment of $4,185.00 to Daniel A. Osborn of Osborn Law, P.C. Upon receipt of that payment, Plaintiff's counsel should refund the previously awarded EAJA fee in the amount of $837.00 directly to Plaintiff.

**Dated:**  New York, New York

     July 16, 2024

                                    **DANIEL ORTIZ**
                             **Acting Clerk of Court**

                **BY:**

                            _____
                               **Deputy Clerk**